UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    -versus-<br><br>TYRONE MOORE,<br><br>            Defendant. | 19 Civ. 4112 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

    Mr. Moore's time to file a supplement to his petition under 28 U.S.C. Section 2255 is extended to August 4. The institution in which he is housed shall provide him with a pencil and a typewriter and access to the law library, consistent with institution rules. Chambers will mail a copy of this order to Mr. Moore.

**SO ORDERED.**

Dated:  July 2, 2020
       New York, New York

                                                      *Loretta A. Preska*
                                                  _____
                                                  LORETTA A. PRESKA, U.S.D.J.