UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    -versus-

TYRONE MOORE,

          Defendant.

16 Cr. 167 (LAP)

ORDER

---

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

    Mr. Moore's letter of April 17, 2020, moving to vacate his conviction, has just been docketed. (Dkt. no. 341.) In the interim, however, the Court granted his request for an extension of time to supplement his motion. (Dkt. no. 340.) That extension remains in effect. Chambers will mail a copy of this order to Mr. Moore.

**SO ORDERED.**

Dated:  July 13, 2020
        New York, New York

*Loretta A. Preska*
_____
LORETTA A. PRESKA, U.S.D.J.