UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>-against-<br><br>TYRONE MOORE,<br><br>                    Defendant. | No. 16-CR-167 (LAP)<br><br>No. 19-CV-4112 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Government shall send to Mr. Moore a copy of its memorandum of law [dkt. no. 349], without the exhibits.  The Court also notes that it has received and docketed at dkt. no. 347 Mr. Moore's memorandum raising twelve grounds for relief.  The Clerk of the Court shall mail a copy of this order to Mr. Moore.

**SO ORDERED.**

Dated:    November 19, 2020
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge