UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>TYRONE MOORE,<br><br>                    Defendant. | No. 16-CR-167 (LAP)<br><br>No. 19-CV-4112 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Government's supplemental opposition to Mr. Moore's 28 U.S.C. § 2255 petition [dkt. no. 353 in 16-CR-167] shall be mailed to Mr. Moore with service noted on the docket.  Mr. Moore's deadline to file a reply shall be extended to within thirty days of that service.  The Clerk of the Court shall mail a copy of this order to Mr. Moore.

**SO ORDERED.**

Dated:    November 25, 2020
          New York, New York

*Loretta A. Preska*
_____
LORETTA A. PRESKA
Senior United States District Judge

1