UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------x

UNITED STATES OF AMERICA, :
: 16-CR-167 (LAP)
-v.- :
: **VOSR CONFERENCE ORDER**
TYRONE MOORE, :
:
Defendant. :

-----------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

The parties shall appear for a conference on July 27, 2026, at 10:00 AM, at 500 Pearl Street, Courtroom 12A, New York, New York 10007. **SO ORDERED.**

Dated: July 24, 2026
New York, New York

Loretta A. Preska

LORETTA A. PRESKA
Senior United States District Judge