UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------x

UNITED STATES OF AMERICA, :

16-CR-167 (LAP)

-v.-

**VOSR CONFERENCE ORDER**

TYRONE MOORE,

Defendant.

-----------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

The parties shall appear for a conference on August 5, 2026, at 11:00 AM, at 500 Pearl Street, Courtroom 12A, New York, New York 10007. **SO ORDERED.**

Dated: August 4, 2026
New York, New York

LORETTA A. PRESKA
Senior United States District Judge